UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSTANCE RYBKA | * |
|     Plaintiff | * |
| vs. | * |
| BMW OF NORTH AMERICA, LLC | Civil Action No.: |
| | * |
|     Defendant | * |

*   *   *   *   *   *   *   *   *   *   *   *

## NOTICE OF REMOVAL

Comes now defendant, BMW of North America, LLC, by its and thru its attorneys, Ronald G. DeWald and Lipshultz and Hone, Chartered, and issues this Notice of Removal pursuant to 28 U.S.C. Section 1441 et seq. of an action pending in the Superior Court of the District of Columbia as fully identified below and grounds therefor states as follows:

1. That presently pending in the Superior Court of the District of Columbia is an action by Plaintiff, Constance Rybka, against BMW of North America, LLC, entitled *Rybka v. BMW of North America, LLC*, Civil Action No: 2006 CA 007368 (also identified as Civil Action No: 0007368-06).

2. That the defendant BMW of North America, LLC was first served with process in the State Court action on November 27, 2006, by service upon CT Corporation System, Washington, D.C.

3. That upon information and belief, there is no other defendant named in the State Court action and therefore none was served with process prior to November 27, 2006.

4. It is asserted in the State Court action that Plaintiff Constance Rybka is a resident of the state of Maryland, residing at 8210 Chapel Point Road, Port Tobacco, Maryland 20677.

5. That Defendant BMW of North America, LLC is a Delaware corporation with its principal place of business in the state of New Jersey.

6.    This action is a civil lawsuit alleging products liability claims for personal injury arising out of a motor vehicle collision allegedly involving a BMW motor vehicle in which the plaintiff was an occupant, and claiming resultant money damages..

7.    The matter in controversy exceeds the sum of Seventy-Five Thousand Dollars, exclusive of interest and costs, as disclosed in the Complaint filed in the Superior Court of the District of Columbia by the plaintiff.

8.    That this is a civil action for damages between citizens of different states.

9.    This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. Section 1332, in that it is a civil action for damages between citizens of different states and the requisite jurisdictional amount has been met, and therefore this action may be removed to this Court by BMW of North America, LLC pursuant to the provisions of 28 U.S.C. Section 1441 (a).

10.    A Notice of Filing of Notice of Removal will be filed with the Superior Court of the District of Columbia contemporaneously herewith, and a copy is attached hereto.

11.    That copies of each pleading filed in the State Court action, as served upon this defendant, are additionally filed as attachments hereto.

**WHEREFORE,** the defendant, BMW of North America, LLC respectfully requests that the above-captioned case be removed to this Court from the Superior Court of the District of Columbia

Respectfully submitted,
/s/ Ronald G. DeWald
_____
Ronald G. DeWald  #00564
Lipshultz and Hone, Chartered
Suite 108 - Montgomery Center
8630 Fenton Street
Silver Spring, Maryland 20910
(301) 587-8500
**Attorneys for Defendant,**
**BMW of North America, LLC**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of December, 2006 a copy of the foregoing Notice Of Removal with attachments was sent via U.S. Mail to:

    James T. Maloney, Esq.
    Maloney & Mohsen PLLC
    4201 Connecticut Ave. NW
    Washington, D. C. 20008-1163
    **Attorneys for Plaintiff**


    /s/ Ronald G. DeWald
    _____
    Ronald G. DeWald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSTANCE RYBKA | * |
|     Plaintiff | * |
| vs. | * |
| BMW OF NORTH AMERICA, LLC | *   Civil Action No.: |
|     Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ATTACHMENTS TO NOTICE OF REMOVAL

1. Complaint   (as served on defendant, BMW of North America, LLC).

2. Summons   (as to BMW of North America, LLC).

3. Initial Order   (of the Superior Court of the District of Columbia).

4. Notice of Filing of Notice of Removal.

        /s/ Ronald G. DeWald
        _____
        Ronald G. DeWald  #00564
        Lipshultz and Hone, Chartered
        Suite 108 - Montgomery Center
        8630 Fenton Street
        Silver Spring, Maryland 20910
        (301) 587-8500
        **Attorneys for Defendant,**
        **BMW of North America, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December, 2006 a copy of the foregoing Attachments to Notice Of Removal was sent via U.S. Mail to:

        James T. Maloney, Esq.
        Maloney & Mohsen PLLC
        4201 Connecticut Ave. NW
        Washington, D. C. 20008-1163
        **Attorneys for Plaintiff**

        /s/ Ronald G. DeWald
        _____
        Ronald G. DeWald

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

CONSTANCE RYBKA  
8210 Chapel Point Road  
Port Tobacco, Maryland 20677,  
    Plaintiff,

v.

Civil Action No. 0007368-06

BMW OF NORTH AMERICA, L.L.C.  
300 Chestnut Ridge Road  
Woodcliff Lake, New Jersey 07677,  
    Defendants.



RECEIVED  
Civil Clerk's Office  
SEP 29 2006  
Superior Court of the  
District of Columbia

—— COMPLAINT ——

### Jurisdiction

1. The Plaintiff Constance Rybka is an adult citizen of the State of Maryland who resides at 8210 Chapel Point Road, Port Tobacco, Maryland 20677.

2. The Defendant BMW of North America, L.L.C., does business in the District of Columbia and elsewhere. Its principal headquarters are located at 300 Chestnut Ridge Road, Woodcliff Lake, New Jersey 07677.

3. Jurisdiction over the subject-matter and parties to this action is conferred upon this Court pursuant to 11 D.C. Code 921(a) and 13 D.C. Code 423.

### Statement of Facts

4. BMW of North America, L.L.C., is in the business of designing, manufacturing, assembling, marketing, distributing and selling motor vehicles in the District of Columbia and elsewhere within the United States.

5. In approximately 2003, BMW of North America, L.L.C., manufactured and/or assembled a 2003 model BMW Z4 two-door convertible which was assigned Vehicle Identification Number (VIN) 4USBT53473LU01182.

6. Following its manufacture and/or assembly by BMW of North American, L.L.C., that BMW Z4 convertible remained unchanged and was in the same condition at the time of the injuries hereinafter alleged.

7. That BMW Z4 convertible was distributed by BMW of North America, L.L.C., to Passport BMW of Marlow Heights, Maryland, and subsequently sold to Constance Rybka.

8. At approximately 3:55 a.m. on September 30, 2003, Ms. Rybka was driving that BMW Z4 convertible in a lawful and prudent fashion in a northbound direction along Interstate Route 295 in the District of Columbia.

9. At the same time and date, an automobile operated by Karlyles Spencer – who may also be known as Spencer Karlyles – swerved into Ms. Rybka's lane and struck the rear and side of her BMW Z4 convertible.

10. The force of that collision then caused Ms. Rybka's BMW Z4 convertible to spin and carom off of the guard rails on each side of Interstate Route 295.

11. At no time during the course of that traffic accident did any of the airbags in Ms. Rybka's BMW Z4 convertible deploy.

12. As a direct and proximate result of the failure of those airbags to deploy, Ms. Rybka suffered severe and possibly permanent injuries to her head and other areas of her person.

## Count I: Strict Liability

13. The Plaintiff realleges and incorporates by reference the allegations contained in Paragraphs One through Twelve inclusive of this *Complaint*.

14. The failure of the airbags in Ms. Rybka's BMW Z4 convertible to deploy was a result of a defect in the design, manufacture and/or assembly of that vehicle which made it unreasonably dangerous.

15. As a direct and proximate result of the aforesaid defective design, manufacture and/or assembly of her BMW Z4 convertible by BMW of North American, L.L.C., Ms. suffered severe and possibly permanent injuries to her head and other areas of her person, endured and may continue to endure extreme pain and emotional distress, incurred and may continue to incur medical expenses and lost and may continue to lose wages; all to her damage in the amount of five million dollars.

## Count II: Breach of Warranty

16. The Plaintiff realleges and incorporates by reference the allegations contained in Paragraphs One through Twelve inclusive of this *Complaint*.

17. The failure of the airbags in Ms. Rybka's BMW Z4 convertible to deploy constituted a breach of express and/or implied warranties directly and/or indirectly provided to Ms. Rybka by BMW of North American, L.L.C., that those airbags would

protect her should she be involved in the type of traffic accident identical or similar to that which occurred on September 30, 2003.

18. Ms. Rybka relied upon those express and/or implied warranties in deciding to purchase her BMW Z4 convertible.

19. As a direct and proximate result of the aforesaid breaches of express and/or implied warranties by BMW of North American, L.L.C., Ms. Rybka suffered severe and possibly permanent injuries to her head and other areas of her person, endured and may continue to endure extreme pain and emotional distress, incurred and may continue to incur medical expenses and lost and may continue to lose wages; all to her damage in the amount of five million dollars.

### Count III: Negligence

20. The Plaintiff realleges and incorporates by reference the allegations contained in Paragraphs One through Twelve inclusive of this *Complaint*.

21. BMW of North American, L.L.C., owed a duty to Ms. Rybka to design, manufacture and/or assemble a vehicle which was fit and safe for its intended purpose.

22. BMW of North American, L.L.C., knew or should have known that the failure of the airbags in Ms. Rybka's BMW Z4 convertible to deploy in the type of traffic accident identical or similar to that which occurred on September 30, 2003, would constitute an unreasonable risk of injury to Ms. Rybka.

23. The failure of the airbags in Ms. Rybka's BMW Z4 convertible to deploy in that September 30, 2003, traffic accident was a result of negligence in the design, manufacture and/or assembly of that vehicle.

24. As a direct and proximate result of the aforesaid negligent design, manufacture and/or assembly of her BMW Z4 convertible by BMW of North American, L.L.C., Ms. Rybka suffered severe and possibly permanent injuries to her head and other areas of her person, endured and may continue to endure extreme pain and emotional distress, incurred and may continue to incur medical expenses and lost and may continue to lose wages; all to her damage in the amount of five million dollars.

## Prayer For Relief

WHEREFORE, the premises considered, Constance Rybka respectfully prays this Court to:

- Enter judgment against the BMW of North American, L.L.C., in the amount of five million dollars in compensatory damages; and

- Grant her interest thereon and the costs of this action.

Respectfully submitted,

James T. Maloney #254102
Maloney & Mohsen PLLC
4201 Connecticut Avenue, NW
Suite 500
Washington, DC 20008-1163
Tel: (202) 237-6800 x202
Fax: (202) 966-5270
Email: verdict@verizon.net

### Jury Demand

The Plaintiff respectfully demands a trial by jury as to all issues and parties.

James T. Maloney

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

CONSTANCE RYBKA

*Plaintiff*

VS.

BMW OF NORTH AMERICAN LLC

*Defendant*

Civil Action No. 0007368-06

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

James Thomas Maloney
Name of Plaintiff's Attorney

4201 Connecticut Avenue, NW #500
Address
Washington, DC 20008

202-237-6800 Ext. 202
Telephone

By _____ Deputy Clerk

Date 9/29/06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 98

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

CONSTANCE RYBKA
   Vs.                                              C.A. No.    2006 CA 007368 B
BMW OF NORTH AMERICA, L.L.C.

## INITIAL ORDER

    Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

    (1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

    (2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

    (3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

    (4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

    (5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

                                                                       Chief Judge Rufus G. King, III

Case Assigned to:  Judge MARY A. TERRELL
Date:   September 29, 2006
Initial Conference: 9:15 am, Friday, December 29, 2006
Location:  Courtroom 219
          500 Indiana Avenue N.W.
          WASHINGTON, DC 20001

Caio.doc

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CONSTANCE RYBKA          *

    Plaintiff          *

vs.                                *

                               Civil Action No.: 2006 CA 007368

BMW OF NORTH AMERICA, LLC  *

    Defendant          *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that a Notice of Removal of the above captioned action from the Superior Court of the District of Columbia to the United States District Court for the District Columbia (a copy of which is attached hereto) was duly filed this date in the United States District Court for the District of Columbia.

Respectfully submitted,

_____
Ronald G. DeWald  #164715
Lipshultz and Hone, Chartered
Suite 108 - Montgomery Center
8630 Fenton Street
Silver Spring, Maryland 20910
(301) 587-8500
**Attorneys for Defendant,
BMW of North America, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of December, 2006 a copy of the foregoing Notice of filing of Notice Of Removal was sent via U.S. Mail to:

> James T. Maloney, Esq.
> Maloney & Mohsen PLLC
> 4201 Connecticut Ave. NW
> Washington, D. C. 20008-1163
> **Attorneys for Plaintiff**

_____
Ronald G. DeWald

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
CONSTANCE RYBKA

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

James T. Maloney, Esq.
Maloney & Mohsen PLLC
4201 Connecticut Ave. NW
Washington, D. C. 20008-1163

## DEFENDANTS
BMW OF NORTH AMERICA, LLC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  88888
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

Ronald G. DeWald, Esq.
Lipshultz and Hone, Chartered
Suite 108 - Montgomery Center
8630 Fenton Street
Silver Spring, Maryland 20910

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
◉ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ◉ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ◉ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**

☐ 410 Antitrust

◉ **B. Personal Injury/Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☒ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**     OR     ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| G. *Habeas Corpus/ 2255* | H. *Employment Discrimination* | I. *FOIA/PRIVACY ACT* | J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| K. *Labor/ERISA (non-employment)* | L. *Other Civil Rights (non-employment)* | M. *Contract* | N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding  ● 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Plaintiff asserts strict liability, breach of warranties, and negligence which defendant denies.

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ 5,000,000.00    Check YES only if demanded in complaint
JURY DEMAND:    YES ☒    NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE December 27, 2006    SIGNATURE OF ATTORNEY OF RECORD  /s/

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.