CO-386
Rev. 10/03

FILED
DEC 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSTANCE RYBKA

        Plaintiff

v.

BMW of North America
        Defendant
LLC

CASE NUMBER 1:06CV02210

JUDGE: Reggie B. Walton

DECK TYPE: Personal Injury/Malpracti

DATE STAMP: 12/27/2006

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __BMW of North America LLC__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __BMW of North America LLC__, which have any outstanding securities in the hands of the public. _____

_____

_____.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Ronald G. Dewald_
Signature

00564
Bar Identification Number

RONALD G. DEWALD
Print Name

8630 Fenton St
Address

Silver Spring   MD   20910
City                State   Zip

301 587 8500
Telephone Number

2