UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSTANCE RYBKA | * |
|     Plaintiff | * |
| vs. | * |
| BMW OF NORTH AMERICA, LLC | *    Case Number: 1:06CV02210 RBW |
|     Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE REQUIRED BY LCvR 7.1  REGARDING DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF BMW OF NORTH AMERICA, LLC**

    I, Ronald G. DeWald, the undersigned counsel of record for the defendant, BMW of North America, LLC certifies that to the best of my, information, knowledge, and belief that BMW of North America, LLC is a wholly owned subsidiary of BMW AG, a private German based corporate business which does not have any outstanding securities in the hands of the public or traded in the United States. There are no other affiliate, parent, or subsidiary companies with outstanding securities in the hands of the public, and no corporation, unincorporated association, partnership, or other business entity, not a party to this case, including any insurance company, has a financial interest in the outcome of this litigation. These representations are made in order that the judges of this court may determine the need for recusal.

    /s/ Ronald G. DeWald

_____
Ronald G. DeWald, Esquire #00564
Lipshultz and Hone, Chartered
Suite 108 - Montgomery Center
8630 Fenton Street
Silver Spring, Maryland 20910
**Attorneys for Defendant**
**BMW of North America, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2006 a copy of the foregoing Certificate Required by LCvR 7.1 was sent via U.S. Mail to:

>James T. Maloney, Esq.
>Maloney & Mohsen PLLC
>4201 Connecticut Ave. NW
>Washington, D. C. 20008-1163
>**Attorneys for Plaintiff**

>/s/ Ronald G. DeWald
>_____
>Ronald G. DeWald