## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSTANCE RYBKA | * |
| Plaintiff | * |
| vs. | * |
| BMW OF NORTH AMERICA, LLC | *   Case Number: 1:06CV02210 RBW |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### JURY DEMAND

    Comes now the defendant, BMW of North America, LLC, by and through its counsel, Ronald G. DeWald and Lipshultz and Hone, Chartered, and demands a trial by jury on all issues and claims in the instant litigation.

/s/ Ronald G. DeWald
_____
Ronald G. DeWald, Esquire #00564
Lipshultz and Hone, Chartered
Suite 108 - Montgomery Center
8630 Fenton Street
Silver Spring, Maryland 20910
**Attorneys for Defendant**
**BMW of North America, LLC**