UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONSTANCE RYBKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2210 (RBW) |
| ) | |
| BMW OF NORTH AMERICA, LLC ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

The parties appeared before the Court on March 2, 2007, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 6th day of March, 2007, hereby **ORDERED** that

1. This case shall be placed on the standard track.

2. The parties have waived initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3. The plaintiff shall join any additional parties or amend the complaint by April 18, 2007.

4. The plaintiff shall serve her expert report pursuant to Rule 26(a)(2) by May 2, 2007, and the defendant shall serve its expert report pursuant to Rule 26(a)(2) by July 2, 2007.

5. Discovery shall be concluded by October 2, 2007.

6. This case shall be referred to a Magistrate Judge for settlement discussions commencing on October 3, 2007 and concluding on November 30, 2007.

7. Any dispositive motions shall be filed by January 11, 2008, any oppositions shall be filed by February 8, 2008, and any reply thereto shall be filed by February 22, 2008.

8. A pretrial conference shall be held on May 16, 2008 at 9:30 a.m. in the

Chamber of Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge