## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSTANCE RYBKA | * |
| Plaintiff | * |
| vs. | * |
| BMW OF NORTH AMERICA, LLC | *   Case Number: 1:06CV02210 RBW |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE REGARDING DISCOVERY

I HEREBY CERTIFY that on this 5th day of April, 2007, I served on counsel for all parties hereto the following:

1. **Interrogatories (to Plaintiff) from BMW of North America, LLC;**

2. **Request for Production of Documents (to Plaintiff) from BMW of North America, LLC .**

I will retain the original of these documents in my possession, without alteration, until the case is concluded in this Court and the time for noting an appeal has expired and any appeal noted has been decided.

/s/ Ronald G. DeWald

Ronald G. DeWald, Esquire #00564
Lipshultz and Hone, Chartered
Suite 108 - Montgomery Center
8630 Fenton Street
Silver Spring, Maryland 20910
**Attorneys for Defendant**
**BMW of North America, LLC**

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Certificate Regarding Discovery together with those pleadings outlined above was served electronically and mailed via first class mail, postage prepaid, this **5th** day of April, 2007, to:

        James T. Maloney, Esquire
        MALONEY & MOHSEN, P.P.L.C.
        4201 Connecticut Avenue, N.W., Suite 500
        Washington, D. C. 20008-1163


        /s/ Ronald G. DeWald
        _____
        Ronald G. DeWald, Esquire #00564