UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONSTANCE RYBKA<br>8210 Chapel Point Road<br>Port Tobacco, Maryland 20677 | *<br><br>* | |
| Plaintiff | * | |
| vs. | * | Case Number: 1:06CV02210 RBW |
| BMW OF NORTH AMERICA, LLC<br>300 Chestnut Ridge Road<br>Woodcliff Lake, New Jersey 07677 | *<br><br>* | |
| Defendant and Third<br>Party Plaintiff | *<br>* | |
| vs | * | |
| KARLYLES SPENCER<br>304 S. Whiting Street, Apt. R-22<br>Alexandria, Virginia 22304 | *<br><br>* | |
| Third Party Defendant | *<br>* | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## THIRD PARTY COMPLAINT

Comes now the defendant and third party plaintiff, BMW of North America, LLC, by and through its counsel, Ronald G. DeWald and Lipshultz and Hone, Chartered, and sues the third party defendant, Karlyles Spencer, for those reasons set forth hereinafter.

1. The plaintiff Constance Rybka has alleged that she is an adult citizen of the State of Maryland, that BMW of North America, LLC, a limited liability company, has its principal place of business in New Jersey, and that this Court has subject matter jurisdiction pursuant to 11 D.C. Code 921(a) and 13 D.C. Code 423.

2. That the plaintiff Constance Rybka has alleged that at approximately 3:55 a.m. on September 30, 2003 she was driving a BMW Z4 convertible in a lawful manner northbound on Interstate Route 295 in the District of Columbia, and she further alleges that at that same time, date, and location, an automobile operated by the third party defendant,

Karlyles Spencer swerved into her travel lane and struck the rear and side of her motor vehicle causing it to loose control, spin, and carom off the guardrails on each side of Interstate Route 295 without her negligence contributing thereto.

3. That the plaintiff, Constance Rybka, has brought suit against this defendant asserting that it is liable for all or a portion of her injuries and damages contending that the subject BMW Z4 automobile, was defective in design, manufacture and assembly, making it unreasonably dangerous, that the defects constituted a breach of express and/or implied warranties, and that the defendant and third party plaintiff was otherwise negligent in its design, manufacture, and/or assembly of the subject vehicle which proximately caused the plaintiff's injuries and damages, all of which is denied by this defendant and third party plaintiff.

4. This defendant and third party plaintiff asserts that at the same time, date, and place, the third party defendant, Karlyles Spencer, was operating a motor vehicle that he either owned or was operating with the permission of a yet unknown owner and said operation by him was in a northerly direction on Rt. 295 within the District of Columbia.

5. This defendant and third party plaintiff asserts that at the aforesaid time, place, and location, the third party defendant, Karlyles Spencer, operated that vehicle in a careless, reckless, and negligent manner, in violation of the motor vehicle laws then and there in effect and said operation caused the third party defendant's vehicle to strike the plaintiff's BMW Z4 motor vehicle forcing it to thereafter go out of control.

6. This defendant and third party plaintiff asserts that as a direct result of the carelessness, recklessness, and negligence of the third party defendant, Karlyles Spencer, and without any negligence of the third party plaintiff, BMW of North America, LLC the plaintiff's BMW Z4 motor vehicle was impacted and caused to collide with other fixed objects in and about the roadway allegedly leading to the plaintiff's injuries and resultant damages.

7. This defendant and third party plaintiff asserts that any negligence of the third party defendant is active and primary, and therefore is the sole, direct, and efficient cause of the aforesaid collision and therefore the sole, direct, and efficient cause of the plaintiff's claimed injuries and damages.

8. The plaintiff alleges that as a direct and proximate result of the collision she sustained severe and possibly permanent injuries to her head and other parts of her person, endured extreme pain and emotional distress, incurred medical expenses and lost wages, and may suffer or incur said pain, emotional distress, medical expense, and wage loss into the future, all of which this defendant has denied, however those said allegations of the plaintiff are re-asserted here in support of this third party claim.

9. Thus, the defendant and third party plaintiff, BMW of North America, LLC, asserts that if any of the allegations of the plaintiff against it are found as matters of fact by the fact finder, then, in that event, this defendant and third party plaintiff is entitled to claim over against the third party defendant, Karlyles Spencer for all or a portion of any judgment rendered in favor of the plaintiff against this defendant and third party plaintiff.

WHEREFORE, the defendant and third party plaintiff, BMW of North America, LLC, demands judgment against the third party defendant, Karlyles Spencer, in the amount of any judgment entered against it in favor of the plaintiff by way of indemnification or, in the alternative, that it be awarded a judgment of contribution against the third party defendant, Karlyles Spencer, in an amount to be set by way of contribution.

/s/ Ronald G. DeWald
_____
Ronald G. DeWald, Esquire #00564
Lipshultz and Hone, Chartered
Suite 108 - Montgomery Center
8630 Fenton Street
Silver Spring, Maryland 20910
**Attorneys for Defendant**
**BMW of North America, LLC**

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a copy of the foregoing Third Party Complaint was served electronically and mailed via first class mail, postage prepaid, this **18th** day of April, 2007, to:

          James T. Maloney, Esquire
          MALONEY & MOHSEN, P.P.L.C.
          4201 Connecticut Avenue, N.W., Suite 500
          Washington, D. C. 20008-1163
          **Attorney for Plaintiff**


          /s/ Ronald G. DeWald
          _____
          Ronald G. DeWald, Esquire #00564

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONSTANCE RYBKA<br>8210 Chapel Point Road<br>Port Tobacco, Maryland 20677 | *<br><br>* | |
| Plaintiff | * | |
| vs. | * | |
| BMW OF NORTH AMERICA, LLC<br>300 Chestnut Ridge Road<br>Woodcliff Lake, New Jersey 07677 | *<br><br>* | Case Number: 1:06CV02210 RBW |
| Defendant and Third<br>Party Plaintiff | *<br>* | |
| vs | * | |
| KARLYLES SPENCER<br>304 S. Whiting Street, Apt. R-22<br>Alexandria, Virginia 22304 | *<br><br>* | |
| Third Party Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**JURY DEMAND AS TO THIRD PARTY COMPLAINT**

      Comes now the defendant and third party plaintiff, BMW of North America, LLC, and respectfully demands a trial by jury as to all issues raised within its Third Party Complaint.

      /s/ Ronald G. DeWald

_____
Ronald G. DeWald, Esquire #00564
Lipshultz and Hone, Chartered
Suite 108 - Montgomery Center
8630 Fenton Street
Silver Spring, Maryland 20910
**Attorneys for Defendant**
**BMW of North America, LLC**

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Jury Demand as to Third Party Complaint was served electronically and mailed via first class mail, postage prepaid, this **18th** day of April, 2007, to:

        James T. Maloney, Esquire
        MALONEY & MOHSEN, P.P.L.C.
        4201 Connecticut Avenue, N.W., Suite 500
        Washington, D. C. 20008-1163
        **Attorney for Plaintiff**

        /s/ Ronald G. DeWald
        _____
        Ronald G. DeWald, Esquire #00564