UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ECF

CONSTANCE RYBKA                    *

       Plaintiff            *

vs.                                *

                                 Case Number: 1:06CV02210 RBW

BMW OF NORTH AMERICA, LLC          *

       Defendant            *

*      *      *      *      *      *      *      *      *      *      *      *

## STIPULATION OF DISMISSAL

Comes now the plaintiff, Constance Rybka, by and through her counsel, James T.

Maloney, Esquire, and Maloney & Mohsen PLLC, and the defendant, BMW of North

America, LLC, by and through its counsel, Ronald G. DeWald, Esquire and Lipshultz and

Hone, Chartered, being the only parties who have appeared in that the third party

defendant has not yet answered or otherwise responded, and pursuant to Rule 41(a)(1)(ii),

Federal Rules of Civil Procedure stipulate that this action including all claims,

counterclaims, cross-claims and third party claims is dismissed with prejudice, without

payment, and with each party to bear their own costs.

/s/ James T. Maloney
James T. Maloney, Esquire
Maloney & Mohsen PLLC
4201 Connecticut Avenue, NW
Suite 500
Washington, D. C. 20008-1163
**Attorneys for Plaintiff,
Constance Rybka**

/s/ Ronald G. DeWald
Ronald G. DeWald, Esquire #00564
Lipshultz and Hone, Chartered
Suite 108 - Montgomery Center
8630 Fenton Street
Silver Spring, Maryland 20910
**Attorneys for Defendant,**
**BMW of North America, LLC**

APPROVED:

Reggie B. Walton,
United States District Judge